NTN BEARING CORP. OF AMERICA, NTN KUGELLAGERFABRIK (DEUTSCHLAND) GMBH, SKF USA INC., SKF GMBH, FAG KUGELFISCHER GEORG SCHAFER AG, AND FAG BEARINGS CORP., PLAINTIFFS AND DEFENDANT-INTERVENORS, AND INA WALZLAGER SCHAEFFLER OHG AND INA BEARING CO., INC., PLAINTIFFS v. UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolidated Court No. 97–10–01800

(Dated November 27, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Ad-

ministration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results"), *NTN Bearing Corp. of Am. v. United States,* Slip Op. 01–76 (CIT June 22, 2001) and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on October 4, 2001, are affirmed in their entirety; and it is further

ORDERED that since all other issues were previously decided, this case is dismissed.